## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | |
| | : | |
| v. | : | No. 555 C.D. 2020 |
| | : | |
| Property Located at 2504 US Hwy | : | |
| 522 N., Lewistown, Mifflin County, | : | |
| Pennsylvania, and $140.00 in | : | |
| United States Currency | : | |
| | : | |
| Appeal of: Scott A. Shreffler | : | |

**PER CURIAM**                    **O R D E R**


NOW, October 24, 2022, having considered Appellant's application for reargument, the application is denied.